Oscar Daniels Company, Appellant, v. J. C. Brownstone & Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.